**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Atlanta Division
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303
www.ganb.uscourts.gov

In Re:
    **Olen Lee Crane IV**	Case No.: **15−66710−pmb**
                                                                             Chapter: **7**
                                                                             Judge: **Paul Baisier**

## *NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)*

NOTICE IS HEREBY GIVEN TO THE DEBTOR that the above referenced case, which was filed on 8/31/15, contains one or more filing deficiencies which must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.ganb.uscourts.gov. Failure to correct a deficiency on or before the deadline(s) shown below **may result in dismissal of this case without further notice or opportunity for hearing.**

**To be filed by 09/07/15**
Signed Form B21 (Statement of Social Security Number or
Individual Taxpayer Identification Number)

**To be Filed by 09/14/15**
Pay Advices: (A) Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the debtor did not receive pay stubs from any employer and was either Unemployed, Self−employed or other explanation.

**To be filed by 09/30/15**
None Apply

**Failure to timely file missing documents or correct deficiencies may result in the dismissal of your bankruptcy case without further notice or opportunity for hearing.**

Dated: 9/1/15	M. Regina Thomas
                                                          Clerk of Court

Form 430a December 2014	By: Laurie Davis
                                                            Deputy Clerk

United States Bankruptcy Court
Northern District of Georgia

In re:                                                          Case No. 15-66710-pmb
Olen Lee Crane, IV                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9          User: lhd              Page 1 of 1              Date Rcvd: Sep 01, 2015
                              Form ID: 430a          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2015.
db           +Olen Lee Crane, IV,    3345 Jefferson Rd.,    Athens, GA 30607-1429
aty          +Shannon D Sneed,    Shannon D. Sneed & Associates PC,    2112 Lee Street,    P. O. Box 1245,
               Covington, GA 30015-1245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +E-mail/Text: notices@jasonpettie.com Sep 01 2015 21:33:10     Jason L. Pettie,
               Suite 150 - One Decatur Town Center,    150 E. Ponce de Leon Avenue,    Decatur, GA 30030-2543
ust           +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Sep 01 2015 21:33:23
               Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
               Atlanta, GA 30303-3315
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2015 at the address(es) listed below:
              Jason L. Pettie    trustee@jasonpettie.com, GA25@ecfcbis.com;jp@trustesolutions.net
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Shannon D Sneed    on behalf of Debtor Olen Lee Crane, IV bankruptcy@sneedlaw.net
                                                                                             TOTAL: 3