Note to financial Institutions: This electronic representation of Olen Crane's paycheck was provided from FedEx Office & Print Services, Inc.'s Payroll WorkCenter system on 7/7/2015.

Done

**FedEx Office.**

2201 West Plano Parkway Suite 200
Plano TX 75075-

06/26/15       D4655584

**ADVICE OF DEPOSIT**                                         $783.39

OLEN CRANE
180 SURREY CHASE DR.
SOCIAL CIRCLE, GA 30025

**NON-NEGOTIABLE**

| Employee | Id | Social Security | Status | Exemptions / Allowances | Number |
|---|---|---|---|---|---|
| OLEN CRANE | 540179 | XXX-XX-XXXX | US-S GA-S | US-0/0 GA-0/0 | D4655584 |

| Code | Paygroup | | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|---|
| KINKOS | NKE | | KINKO | 1501 | 04/29/15 | 06/08/15 | 06/21/15 | 06/26/15 |

| Taxable Earnings | Hours | Rate Of Pay | Current Amount | Yld Amount | Paid Time Off | | | Balance |
|---|---|---|---|---|---|---|---|---|
| Basis:Hourly | 76.80 hours @ | 13.50 | 1,036.81 | 2,343.90 | Floating Holiday | | | |
| Total Gross | | | 1,036.81 | 2,343.90 | Sick Plan | | | 4.00 |
| | | | | | Vacation | | | |

| Taxes | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Federal Income Tax | | | 124.51 | 239.64 | Direct Deposit Accounts | | | Amount |
| Social Security (FICA) | | | 64.28 | 145.32 | Checking - XXXXXXXXX8345 | | | 783.39 |
| Federal Medicare | | | 15.04 | 33.99 | | | | |
| Georgia Income Tax | | | 49.59 | 90.88 | Base Rate | | | $13.50 |
| Total | | | 253.42 | 509.83 | Shift Differential | | | $14.50 |
| | | | | | Base Overtime Rate | | | $20.25 |
| W2 Gross | | | 1,036.81 | 2,343.90 | Base Doubletime Rate | | | $27.00 |

| Net Pay | | | 783.39 | | Memo Entries | | Current | Year To Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | Total Hours Worked | | 76.80 | |
| | | | | | Wages for Hours Worked | | 1,036.81 | 2,343.90 |

FedEx Office & Print Services, Inc - For questions around pay including incentives please call (866)395-4571

FedEx Office & Print Services, Inc. - 2201 West Plano Parkway Plano, TX 75075 - (866) 395-4571

ADP National Account Services

Note to financial institutions: This electronic representation of Olen Crane's paycheck was provided from FedEx Office & Print Services, Inc.'s Payroll WorkCenter system on 8/16/2015.

[ Done ]

**FedEx Office.**

2201 West Plano Parkway Suite 200
Plano TX 75075-

07/10/15    D4667991

**ADVICE OF DEPOSIT**                                    $568.10

OLEN CRANE
180 SURREY CHASE DR.
SOCIAL CIRCLE, GA 30025

**NON-NEGOTIABLE**

| Employee | Id | Social Security | Status | Exemptions / Allowances | Number |
|---|---|---|---|---|---|
| OLEN CRANE | 540179 | XXX-XX-XXXX | US-S GA-S | US-0/0 GA-0/0 | D4667991 |

| Code | Paygroup | | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|---|
| KINKOS | NKE | | KINKO | 1501 | 04/29/15 | 06/22/15 | 07/05/15 | 07/10/15 |

| Taxable Earnings | Hours | Rate Of Pay | Current Amount | Ytd Amount | Paid Time Off | | | Balance |
|---|---|---|---|---|---|---|---|---|
| Basis:Hourly | 54.45 hours @ | 13.50 | 735.08 | 3,078.98 | Floating Holiday | | | 8.00 |
| Total Gross | | | 735.08 | 3,078.98 | Sick Plan | | | 6.00 |
| | | | | | Vacation | | | |

| Taxes | | | | | Direct Deposit Accounts | | | Amount |
|---|---|---|---|---|---|---|---|---|
| Federal Income Tax | | | 79.25 | 318.89 | Checking - XXXXXXXXX8345 | | | 568.10 |
| Social Security (FICA) | | | 45.58 | 190.90 | | | | |
| Federal Medicare | | | 10.66 | 44.65 | | | | |
| Georgia Income Tax | | | 31.49 | 122.37 | Base Rate | | | $13.50 |
| Total | | | 166.98 | 676.81 | Shift Differential | | | $14.50 |
| | | | | | Base Overtime Rate | | | $20.25 |
| W2 Gross | | | 735.08 | 3,078.98 | Base Doubletime Rate | | | $27.00 |

| | | | | | Memo Entries | | Current | Year To Date |
|---|---|---|---|---|---|---|---|---|
| Net Pay | | | 568.10 | | Total Hours Worked | | 54.45 | |
| | | | | | Wages for Hours Worked | | 735.08 | 3,078.98 |

FedEx Office & Print Services, Inc - For questions around pay including incentives please call (866)395-4571

FedEx Office & Print Services, Inc. - 2201 West Plano Parkway Plano, TX 75075 - (866) 395-4571

ADP National Account Services
Outsourcing for HR, Benefits and Payroll

Note to financial institutions: This electronic representation of Olen Crane's paycheck was provided from FedEx Office & Print Services, Inc.'s Payroll WorkCenter system on 8/16/2015.

Done



**FedEx Office**

2201 West Plano Parkway Suite 200
Plano TX 75075-

07/24/15    D4680373

**ADVICE OF DEPOSIT**                                                $598.84

OLEN CRANE
180 SURREY CHASE DR.
SOCIAL CIRCLE, GA 30025

**NON-NEGOTIABLE**

| Employee | Id | Social Security | Status | Exemptions / Allowances | Number |
|---|---|---|---|---|---|
| OLEN CRANE | 540179 | XXX-XX-XXXX | US-S GA-S | US-0/0 GA-0/0 | D4680373 |

| Code | Paygroup | | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|---|
| KINKOS | NKE | | KINKO | 1501 | 04/29/15 | 07/06/15 | 07/19/15 | 07/24/15 |

| Taxable Earnings | Hours | Rate Of Pay | Current Amount | Ytd Amount | Paid Time Off | | | Balance |
|---|---|---|---|---|---|---|---|---|
| Basis:Hourly | 57.64 hours @ | 13.50 | 778.14 | 3,857.12 | Floating Holiday | | | 8.00 |
| Total Gross | | | 778.14 | 3,857.12 | Sick Plan | | | 8.00 |
| | | | | | Vacation | | | |

| Taxes | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Federal Income Tax | | | 85.71 | 404.60 | Direct Deposit Accounts | | | Amount |
| Social Security (FICA) | | | 48.24 | 239.14 | Checking - XXXXXXXXX8345 | | | 598.84 |
| Federal Medicare | | | 11.28 | 55.93 | | | | |
| Georgia Income Tax | | | 34.07 | 156.44 | Base Rate | | | $13.50 |
| Total | | | 179.30 | 856.11 | Shift Differential | | | $14.50 |
| | | | | | Base Overtime Rate | | | $20.25 |
| W2 Gross | | | 778.14 | 3,857.12 | Base Doubletime Rate | | | $27.00 |

| Net Pay | | | 598.84 | | Memo Entries | Current | Year To Date |
|---|---|---|---|---|---|---|---|
| | | | | | Total Hours Worked | 57.64 | |
| | | | | | Wages for Hours Worked | 778.14 | 3,857.12 |

FedEx Office & Print Services, Inc - For questions around pay including incentives please call (866)395-4571

FedEx Office & Print Services, Inc. - 2201 West Plano Parkway Plano, TX 75075 - (866) 395-4571

*ADP* National Account Services

Note to financial institutions: This electronic representation of Olen Crane's paycheck was provided from FedEx Office & Print Services, Inc.'s Payroll WorkCenter system on 8/16/2015.

Done

**FedEx Office.**

2201 West Plano Parkway Suite 200
Plano TX 75075-

08/07/15         D4692777

**ADVICE OF DEPOSIT**                                          $641.60

OLEN CRANE
180 SURREY CHASE DR.
SOCIAL CIRCLE, GA 30025

**NON-NEGOTIABLE**

| Employee | Id | Social Security | Status | Exemptions / Allowances | Number |
|---|---|---|---|---|---|
| OLEN CRANE | 540179 | XXX-XX-XXXX | US-S GA-S | US-0/0 GA-0/0 | D4692777 |

| Code | Paygroup | | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|---|
| KINKOS | NKE | | KINKO | 1501 | 04/29/15 | 07/20/15 | 08/02/15 | 08/07/15 |

| Taxable Earnings | Hours | Rate Of Pay | Current Amount | Ytd Amount | Paid Time Off | | | Balance |
|---|---|---|---|---|---|---|---|---|
| Basis:Hourly | 62.08 hours @ | 13.50 | 838.08 | 4,695.20 | Floating Holiday | | | 8.00 |
| Total Gross | | | 838.08 | 4,695.20 | Sick Plan | | | 10.00 |
| | | | | | Vacation | | | |

| Taxes | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Federal Income Tax | | | 94.70 | 499.30 | Direct Deposit Accounts | | | Amount |
| Social Security (FICA) | | | 51.96 | 291.10 | Checking - XXXXXXXXX8345 | | | 641.60 |
| Federal Medicare | | | 12.15 | 68.08 | | | | |
| Georgia Income Tax | | | 37.67 | 194.11 | Base Rate | | | $13.50 |
| Total | | | 196.48 | 1,052.59 | Shift Differential | | | $14.50 |
| | | | | | Base Overtime Rate | | | $20.25 |
| W2 Gross | | | 838.08 | 4,695.20 | Base Doubletime Rate | | | $27.00 |
| | | | | | | | | |
| Net Pay | | | 641.60 | | Memo Entries | | Current | Year To Date |
| | | | | | Total Hours Worked | | 62.08 | |
| | | | | | Wages for Hours Worked | | 838.08 | 4,695.20 |

FedEx Office & Print Services, Inc - For questions around pay including incentives please call (866)395-4571

FedEx Office & Print Services, Inc. - 2201 West Plano Parkway Plano, TX 75075 - (866) 395-4571

**ADP** National Account Services