Note to financial institutions: This electronic representation of Olen Crane's paycheck was provided from FedEx Office & Print Services, Inc.'s Payroll WorkCenter system on 9/28/2015.

Done

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER



2201 West Plano Parkway Suite 200
Plano TX 75075-

09/04/15        D4717475

**ADVICE OF DEPOSIT**        $703.81

OLEN CRANE
180 SURREY CHASE DR.
SOCIAL CIRCLE, GA 30025

**NON-NEGOTIABLE**

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

| Employee | Id | Social Security | Status | Exemptions / Allowances | Number |
|---|---|---|---|---|---|
| OLEN CRANE | 540179 | XXX-XX-XXXX | US-S GA-S | US-0/0 GA-0/0 | D4717475 |

| Code | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|
| KINKOS | NKE | KINKO | 1501 | 04/29/15 | 08/17/15 | 08/30/15 | 09/04/15 |

| Taxable Earnings | Hours | Rate Of Pay | Current Amount | Ytd Amount |
|---|---|---|---|---|
| Basis:Hourly | 67.30 hours @ | 13.50 | 908.55 | 6,442.78 |
| Sick Pay | - | | | 108.00 |
| Product of the Month Bonus | - | | | 1.00 |
| Win@Work Payment | - | | 19.44 | 19.44 |
| Total Gross | | | 927.99 | 6,571.22 |

| Paid Time Off | Balance |
|---|---|
| Floating Holiday | 8.00 |
| Sick Plan | 7.00 |
| Vacation | |

| Taxes | Current Amount | Ytd Amount |
|---|---|---|
| Federal Income Tax | 110.13 | 720.72 |
| Social Security (FICA) | 57.54 | 407.42 |
| Federal Medicare | 13.45 | 95.28 |
| Georgia Income Tax | 43.06 | 281.44 |
| Total | 224.18 | 1,504.86 |

| Direct Deposit Accounts | Amount |
|---|---|
| Checking - XXXXXXXXX8345 | 703.81 |

| | Current | Ytd |
|---|---|---|
| W2 Gross | 927.99 | 6,571.22 |
| Net Pay | 703.81 | |

| | |
|---|---|
| Base Rate | $13.50 |
| Shift Differential | $14.50 |
| Base Overtime Rate | $20.25 |
| Base Doubletime Rate | $27.00 |

| Memo Entries | Current | Year To Date |
|---|---|---|
| Total Hours Worked | 67.30 | |
| Wages for Hours Worked | 908.55 | 6,442.78 |

Messages
CONT,P02FY16,$19.44

FedEx Office & Print Services, Inc - For questions around pay including incentives please call (866)395-4571

FedEx Office & Print Services, Inc. - 2201 West Plano Parkway Plano, TX 75075 - (866) 395-4571



Note to financial institutions: This electronic representation of Olen Crane's paycheck was provided from FedEx Office & Print Services, Inc.'s Payroll WorkCenter system on 9/28/2015

Case 15-66710-pmb    Doc 10    Filed 09/28/15    Entered 09/28/15 18:25:40    Desc Main Document      Page 2 of 2

Done



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

09/18/15                    D4729735

2201 West Plano Parkway Suite 200
Plano TX 75075-

**ADVICE OF DEPOSIT**                                   $299.55

OLEN CRANE
180 SURREY CHASE DR.
SOCIAL CIRCLE, GA 30025

**NON-NEGOTIABLE**

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

---

| Employee | Id | Social Security | Status | Exemptions / Allowances | Number |
|---|---|---|---|---|---|
| OLEN CRANE | 540179 | XXX-XX-XXXX | US-S GA-S | US-0/0 GA-0/0 | D4729735 |

| Code | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|
| KINKOS | NKE | KINKO | 1501 | 04/29/15 | 08/31/15 | 09/13/15 | 09/18/15 |

| Taxable Earnings | Hours | Rate Of Pay | Current Amount | Ytd Amount |
|---|---|---|---|---|
| Basis:Hourly | 22.98 hours @ | 13.50 | 310.23 | 6,753.01 |
| Sick Pay | 4.00 hours @ | 13.50 | 54.00 | 162.00 |
| Product of the Month Bonus | | | - | 1.00 |
| Win@Work Payment | | | - | 19.44 |
| Total Gross | | | 364.23 | 6,935.45 |

| Paid Time Off | Balance |
|---|---|
| Floating Holiday | 8.00 |
| Sick Plan | 3.00 |
| Vacation | |

| Taxes | Current Amount | Ytd Amount |
|---|---|---|
| Federal Income Tax | 27.58 | 748.30 |
| Social Security (FICA) | 22.58 | 430.00 |
| Federal Medicare | 5.28 | 100.56 |
| Georgia Income Tax | 9.24 | 290.68 |
| Total | 64.68 | 1,569.54 |

| Direct Deposit Accounts | Amount |
|---|---|
| Checking - XXXXXXXXX8345 | 299.55 |

| | |
|---|---|
| Base Rate | $13.50 |
| Shift Differential | $14.50 |
| Base Overtime Rate | $20.25 |
| Base Doubletime Rate | $27.00 |

| | Current Amount | Ytd Amount |
|---|---|---|
| W2 Gross | 364.23 | 6,935.45 |
| Net Pay | 299.55 | |

| Memo Entries | Current | Year To Date |
|---|---|---|
| Total Hours Worked | 22.98 | |
| Wages for Hours Worked | 310.23 | 6,753.01 |

FedEx Office & Print Services, Inc - For questions around pay including incentives please call (866)395-4571

FedEx Office & Print Services, Inc. - 2201 West Plano Parkway Plano, TX 75075 - (866) 395-4571

