Certificate Number: 15317-GAN-DE-026399034

Bankruptcy Case Number: 15-66710



15317-GAN-DE-026399034

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 20, 2015</u>, at <u>6:28</u> o'clock <u>PM PDT</u>, <u>Olen L Crane</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Georgia</u>.

Date:  <u>October 20, 2015</u>    By:  <u>/s/Christel Raz</u>

Name:  <u>Christel Raz</u>

Title:  <u>Counselor</u>